(Reap. Dec. 9074)

PRESSMAN TOY CORP. v. UNITED STATES

Entry No. 73605.

(Decided February 19, 1958)

*Barnes, Richardson & Colburn* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to merchandise described on the invoice as "Flash Bulbs," exported from Japan and entered at the port of New York.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402 (d) of the Tariff Act of 1930, and that such statutory value for the merchandise is the appraised value, less the amount of ocean freight to New York, as invoiced, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 9075)

ERNEST J. NEWMAN, INC. v. UNITED STATES

Entry No. I. A. D. 472446.

(Decided February 19, 1958)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General (*Daniel I. Auster*, trial attorney), for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement is limited to 2,500 packets of genuine cut unset marcasites, identified on the invoice as being contained in cases PP–3 to PP–9, inclusive, exported from Switzerland and entered at the port of New York.

The case is before me on an agreed set of facts, establishing that export value, as defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for appraisement of the merchandise in question, and that such statutory value for the articles is $3 per packet, less 5 per centum discount, plus cost of packing, and I so hold.

Judgment will be rendered accordingly.